**Order filed June 4, 2019.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-18-00148-CR

**JOHNNY RAY RYDER, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 79985-CR**

## O R D E R

Appellant's and the State's briefs disclose the names of one or more individuals who were minors when the underlying offenses were committed in violation of Tex. R. App. P. 9.10(a)(3), (d).

Accordingly, the court orders as follows:

1.  Appellant's brief, filed October 12, 2018, is **STRICKEN**.
2.  The State's brief, filed December 21, 2018, is **STRICKEN**.
3.  To protect the identity of minors involved in this case, the minors

must be identified only by an alias.  Tex. R. App. P. 9.10(a)(3), (d).

4.　Appellant shall file a brief that complies with Rule 9.10(a)(3), (d) by **June 14, 2019**.

5.　If Appellant does not file a brief as required by this order, Appellant's counsel may be required to show cause why he should not be held in contempt of court.  In addition, the court may require appointment of new counsel due to the failure to timely file Appellant's brief.

6.　The State shall file a brief that complies with Rule 9.10(a)(3), (d) within 10 days after the date Appellant's brief is filed.

PER CURIAM